OPINION — AG — ** RECREATIONAL — SALES TAX ** 68 O.S. 1304 [68-1304](J) OF THE SALES TAX CODE IMPOSES AN EXCISE TAX GROSS PROCEEDS OR GROSS RECEIPTS DERIVED FROM FEES CHARGED FOR THE ACT OF PARTICIPATING IN THE GAME OF BOWLING. (AMUSEMENT, FACILITIES, TAX PROCEEDS, ADMISSIONS) CITE: 68 O.S. 1304 [68-1304], 68 O.S. 1304 [68-1304](J) (REVENUE AND TAXATION, BOWLING) (SCOTT J. SILVERMAN)